1  DONALD A. DAUCHER (SB# 50360)
   COLLEEN E. HUSCHKE (SB# 191402)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
3  San Diego, CA 92130
   Telephone: (858) 720-2500
4  Facsimile: (858) 720-2555

5  PETER M. STONE (SB# 157994)
   JAY C. GANDHI (SB# 192613)
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Seventeenth Floor
7  695 Town Center Drive
   Costa Mesa, CA 92626-1924
8  Telephone: (714) 668-6200
   Facsimile: (714) 979-1921
9
   Attorneys for Defendants
10 ASPEON, INC., RICHARD P. STACK AND
   HORACE M. HERTZ

11

            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

                   SOUTHERN DIVISION

| In re ASPEON, INC. SECURITIES LITIGATION | CASE NO. SACV 00-995 AHS (ANx) |
|---|---|
|  | CLASS ACTION |
|  | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| This Document Relates To:<br><br>ALL ACTIONS | [Proposed] Hearing Date:<br>Date: February 23, 2004<br>Time: 10:00 a.m.<br>Place: Courtroom 10<br><br>Judge: Hon. Alicemarie H. Stotler |

OC/332517.1

STIP. RE EXTENSION OF TIME TO RESPOND TO PLS.' THIRD AM. CONSOL. COMPLAINT

## STIPULATION

WHEREAS, on or about November 26, 2003, lead plaintiff Eminence Capital, LLC ("Plaintif") filed its Third Amended Consolidated Complaint ("Complaint") for Violation of the Securities Exchange Act of 1934 against defendants Aspeon, Inc., Richard Stack, and Horace Hertz (collectively, "Defendants");

WHEREAS, Defendants have reviewed the Complaint, and intend, to move to dismiss and/or strike the Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995;

WHEREAS, Defendants response to the Complaint is due on or about December 19, 2003;

WHEREAS, the interests of judicial efficiency, the administration of justice, and the conservation of judicial and the parties' resources would now best be served by establishing a briefing schedule for Defendants' anticipated motion(s);

IT IS HEREBY STIPULATED AND AGREED, among the undersigned parties, through their respective counsel, as follows:

1. Defendants' response to the complaint will be due on Wednesday, December 24, 2003;

2. Plaintiffs' opposition(s) to Defendants' anticipated motion(s) will be due on February 2, 2004;

3. Defendants' reply (or replies) in support of the anticipated motion(s) will be due on February 13, 2004;

4. Defendants and Plaintiff will serve their respective motion(s), opposition(s), and reply (or replies) *via* facsimile on the dates set forth above and also *via* overnight mail; and

5. The hearing date on Defendants' anticipated motion(s) should be on Monday, February 23, 2004, or as soon thereafter as this matter may be heard.

*[Signature Page Continued]*

OC/332517.1

-3-

STIP. RE EXTENSION OF TIME TO RESPOND TO PLS.' THIRD AM. CONSOL. COMPLAINT

PAUL, HASTINGS,
JANOFSKY & WALKER
LLP
ATTORNEYS AT LAW

DATED: December __, 2003

SOLOMON B. CERA
STEVEN O. SIDENER
THOMAS C. BRIGHT
GOLD BENNETT CERA & SIDENER LLP

By:_____
Thomas C. Bright

Attorneys for Lead Plaintiff
Eminence Capital, LLC

DATED: December 18, 2003

DONALD A. DAUCHER
COLLEEN E. HUSCHKE

PETER M. STONE
JAY C. GANDHI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
Jay C. Gandhi

Attorneys for Defendants
ASPEON, INC., RICHARD STACK, and
HORACE HERTZ

**IT IS SO ORDERED.**

The hearing date on Defendants' anticipated motion(s) is set for February 23, 2004, at 10:00 a.m. in Courtroom 10.

DATED: December 22, 2003

_____
Hon. Alicemarie H. Stotler
U.S. District Judge

| | |
|---|---|
| DATED: December 18, 2003 | SOLOMON B. CERA<br>STEVEN O. SIDENER<br>THOMAS C. BRIGHT<br>GOLD BENNETT CERA & SIDENER LLP |

By: /s/ Thomas C. Bright
　　　　Thomas C. Bright

Attorneys for Lead Plaintiff
Eminence Capital, LLC

| | |
|---|---|
| DATED: December __, 2003 | DONALD A. DAUCHER<br>COLLEEN E. HUSCHKE<br>PETER M. STONE<br>JAY C. GANDHI<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____
　　　　Jay C. Gandhi

Attorneys for Defendants
ASPEON, INC., RICHARD STACK, and
HORACE HERTZ

IT IS SO ORDERED.

The hearing date on Defendants' anticipated motion(s) is set for _____, 2004, at ___:00 a.m. in Courtroom 10.

DATED: December __, 2003

　　　　　　　　　　　　　　　　Hon. Alicemarie H. Stotler
　　　　　　　　　　　　　　　　U.S. District Judge

PAUL, HASTINGS,
JANOFSKY & WALKER
LLP
ATTORNEYS AT LAW

OC/332517.1　　　　　　-4-

STIP. RE EXTENSION OF TIME TO RESPOND TO PLS.' THIRD AM. CONSOL. COMPLAINT

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, Seventeenth Floor, 695 Town Center Drive, Costa Mesa, California 92626-1924.

On December 18, 2003, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT

on the interested parties, by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Solomon B. Cera, Esq.
Steven O. Sidener, Esq.
Joseph M. Barton, Esq.
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, California 94105

[ ] **VIA OVERNIGHT MAIL:**

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on December 18, 2003 with postage thereon fully prepaid, at Costa Mesa, California.

[ ] **VIA PERSONAL DELIVERY:**

I personally delivered such envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

[X] **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2003, at Costa Mesa, California.

_Denise Erkens_
Denise Erkens

OC/316391.1