UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL



Scan Only

Case No.: SA CV 00-995-AHS(ANx)          Date: March 29, 2004

Case Title: IN RE ASPEON, INC. SECURITIES LITIGATION

=================================================================

PRESENT:   THE HONORABLE ALICEMARIE H. STOTLER, JUDGE

           Kathy Peterson for
           Ellen Matheson                      Theresa Lanza
           Courtroom Deputy                    Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):    ATTORNEY(S) PRESENT FOR DEFENDANT(S):
Thomas Bright                            Peter Stone

PROCEEDINGS:   HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD
               AMENDED CONSOLIDATED COMPLAINT; REQUEST FOR JUDICIAL NOTICE

     Hearing held. Counsel argue. Defendants' Request for Judicial Notice is GRANTED. Defendants' Motion to Dismiss Plaintiffs' Third Amended Consolidated Complaint is taken under submission.



DOCKETED ON CM
MAR 3 0 2004
BY ___ 039

124

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL