Priority ✗
Send ✗
Enter ✗
Closed ___
JS-5/JS-6 ✗
JS-2/JS-3 ___
Scan Only___

FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ASPEON, INC. SECURITIES LITIGATION | SA CV 00-995 AHS (ANx) <br><br> JUDGMENT |

The Court, having considered defendants' motion to dismiss in the above entitled matter, and the Honorable Alicemarie H. Stotler, District Judge, having duly rendered a decision on March 30, 2004,

//
//
//
//
//
//
//
//
//

DOCKETED ON CM
MAR 30 2004
BY _____ 039

ENTERED
MAR 30 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

126

1  IT IS ORDERED AND ADJUDGED that:

2  the plaintiffs take nothing against defendants, Aspeon,
3  Inc., Richard P. Stack, and Horace M. Hertz, that judgment be
4  entered in favor of defendants, and that defendants recover their
5  costs of suit.

6  Dated: March 30, 2004.

                                    _____
                                    ALICEMARIE H. STOTLER
                                    UNITED STATES DISTRICT JUDGE

S:\AHS\lks\Judgments\Aspeon.00-995.JMT.wpd